GRIFFITH G. WILLIAMS, as Administrator, etc., Respondent,
v. AMAZIAH D. BARBER, Appellant.

(Submitted January 24, 1881 ; decided February 8, 1881.)

*Adams & Swan* for appellant.

*John D. Collins & A. C. Coxe* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.